IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD IBEABUCHI ADINDU, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM BARR, *et al.*, | ) |
| | ) |
| Respondents. | )   Civil Action No. 3:20-CV-1056-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that the Court should dismiss Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 pursuant to Federal Rule of Civil Procedure 41(b).[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is hereby **DISMISSED** without prejudice.

SO ORDERED this 13th day of July, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.